UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILY BLANCO-CASTRO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | No. 1:26-cv-05551-DC-SCR (HC)<br><br>ORDER TRANSFERRING MATTER TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

On July 17, 2026, Petitioner, an immigration detainee, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and a motion for a temporary restraining order, challenging her detention in U.S. Immigration and Customs Enforcement ("ICE") custody. (Doc. Nos. 1, 4.) Petitioner states in her motion for a temporary restraining order that she is currently detained at the Adelanto ICE Processing Center in Adelanto, California. (Doc. No. 4 at 2.) Petitioner listed her address in the motion as 10400 Rancho Road, Adelanto, CA 92301. (*Id.* at 52.) Further, Petitioner named the Warden of the Adelanto ICE Processing Center as a Respondent. (Doc. No. 4 at 1.)

Adelanto, California is located in San Bernardino County, California, which is located in an area covered by the United States District Court for the Central District of California. Jurisdiction over this § 2241 petition is proper only in the district of confinement. *See Doe v. Garland*, 109 F.4th 1188, 1197-98 (9th Cir. 2024).

Thus, in the interests of justice this action will be transferred to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1631.

Accordingly,

1. This matter is transferred to the United States District Court for the Central District of California; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 23, 2026**

Dena Coggins
United States District Judge